# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-00286-01-CR-W-HFS |
| | ) | |
| SCOTT A. DOMBROSKI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

BEFORE THE COURT is defendant's motion for return of property.

The Court, being fully advised in the premises, and there being no objection by the United States, for good cause shown herein **SUSTAINS** defendant's motion.

IT IS THEREFORE ORDERED that the Kansas City, Missouri, Police Department, as soon as reasonably practicable and without undue delay, return currency in the amount of $573.00, in CRN # 09-017770, belonging to defendant, by returning said sum to Kenton M. Hall, 1102 Grand Boulevard, Suite 800, Kansas City, Missouri 64106, counsel for defendant.

**IT IS SO ORDERED.**

/s/ Howard F. Sachs
Howard F. Sachs
United States District Judge

October  25 , 2010

Kansas City, MO